**MINUTE ENTRY**
**BROWN, J.**
**February 12, 2020**
**JS-10  00:10**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | CASE NO. 10-197 |
| BRANDON TURNER | SECTION: "G" |

### MINUTE ENTRY

A telephone conference was held on February 12, 2020, with the following individuals participating:

- Representing the United States of America: Brittany Reed (U.S. Attorney's Office)
- Jerrod Thompson-Hicks (Federal Public Defender's Office)

The Court contacted Mr. Thompson-Hicks because Defendant Brandon Turner's current retained counsel, Sonjia D. Kirk, has not responded to any of the Court's recent orders, telephone calls, or emails. Mr. Thompson-Hicks previously served as Defendant Brandon Turner's counsel in this matter. The telephone conference was conducted to discuss Defendant Brandon Turner's criminal sentence in the above-captioned matter.

**NEW ORLEANS, LOUISIANA**, this   12th   day of February 2020.

                                              **NANNETTE JOLIVETTE BROWN**
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**