**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **CASE NO. 10-197** |
| **BRANDON TURNER** | **SECTION: "G"** |

**<u>ORDER</u>**

The Court conducted a telephone conference on February 12, 2020 with the following individuals participating:

- Representing the United States of America: Brittany Reed (U.S. Attorney's Office)
- Jerrod Thompson-Hicks (Federal Public Defender's Office)

During the telephone conference, Ms. Reed and Mr. Thompson-Hicks stated that they would submit information regarding Mr. Brandon Turner's pending sentencing motions to the Court. Since conducting the telephone conference on February 12, 2020, neither Ms. Reed nor Mr. Thompson-Hicks has submitted any relevant information for those motions to the Court. Accordingly,

1

**IT IS HEREBY ORDERED** that Ms. Reed and Mr. Thompson-Hicks submit any relevant information regarding Mr. Turner's pending sentencing motions to the Court on or before **July 17, 2020 at 5:00 PM**.

**NEW ORLEANS, LOUISIANA**, this __13th__ day of July, 2020.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

**CLERK PLEASE SERVE:**

Brittany Reed (Assistant U.S. Attorney)

Jerrod Thompson-Hicks (Assistant Federal Public Defender)